# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-4029-01-CR-C-FJG |
| | ) | |
| KENNETH DEWAIN PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Defendant Kenneth Dewain Parker, by consent, appeared before the undersigned on July 30, 2012, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Local Rule 72(c)(1)(j), and 28 U.S.C. § 636, and has entered a plea of guilty to Counts One, Two and Three of the Indictment filed on November 29, 2010, in the United States District Court for the District of Oregon in Case No. 10-cr-0478-HA-1. After cautioning and examining the defendant, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty plea was made with full knowledge of the charges and the consequences of pleading guilty, was voluntary, and that the offenses to which the defendant has plead guilty are supported by a factual basis for each of the essential elements of the offenses.

IT IS, THEREFORE, RECOMMENDED that the plea of guilty be accepted and that defendant Kenneth Dewain Parker be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that this Amended Report and Recommendation hereby amends this Court's Report and Recommendation entered August 2, 2012. [8]

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Dated this 27th day of December, 2012, at Jefferson City, Missouri.

/s/ *Matt J. Whitworth*
MATT J. WHITWORTH
United States Magistrate Judge